HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
JANAE A. NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:25-MJ-00025-HBK |
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | |
| JANAE A. NELSON, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Janae Nelson shall be immediately released from the Fresno County Jail on Thursday, January 15, 2026, upon receipt of this Order.  Following the Court's order sentencing Ms. Nelson to five days in custody with credit for time served, as well as her immediate remand, Ms. Nelson is sentenced to time-served as of today.  This Order supersedes any other Order regarding Ms. Nelson's release.

IT IS SO ORDERED.

Dated: January 15, 2026

_____
Hon. Helena Barch-Kuchta
United States Magistrate Judge