IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JANAE NELSON<br><br>Defendant. | Case No. 6:25-mj-00025-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 18 USC § 113(a)(5); 36 C.F.R. § 2.34(a)(1) |
| **Sentence Date:** | January 13, 2026 |
| **Review Hearing Date:** | September 8, 2026 |
| **Probation Expires On:** | July 13, 2027 |

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $520.00 which Total Amount is made up of a Fine: $500.00 Special Assessment: $ 20.00 Processing Fee: $ Choose an item. Restitution: $ Fine to be paid in full within 16 months.

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:** X

☒ **Other Conditions:** serve 5 days in custody with credit for time served, and complete a 12-week Anger Management course within the first 6 months of probation.

***DEFENSE POSITION:***

☒ To date, Defendant has paid a total of $ 120.00 with the total due within the first 16 months

☒ If not paid in full when was last time payment: Date: 4/2/2026
Amount: $100.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Ms. Nelson has served her term of custody, *see* ECF No. 20, and completed a 12-week Anger Management course. Although her fine is not due until May 2027, she has currently paid $120.

***GOVERNMENT POSITION:***

☐ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed all conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ The Government disagrees with the following area(s) of compliance: Criminal history records show the defendant was arrested June 25, 2026. She was charged with California Penal Code 273.5(A) Inflicting corporal injury on a spouse (misdemeanor) and California Penal Code 245(A)(1) Assault with a deadly weapon, not a firearm (felony). The Yosemite Legal Office has no record of any notification made by the defendant until August 26, 2026.

Government Attorney: Briana Vollmer (Rule 180)

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/8/2026 at 10 am

☒ allow for Ms. Nelson to appear remotely given she's temporarily living at home in Bayonne, New Jersey.

DATED: 8/27/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Defendant may appear by remote means for the Review Hearing.

☐ DENIED.

Dated: September 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE