HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>JANAE ANISHA NELSON,<br>*Defendant,* | Case No. 6:25-MJ-00025-HBK<br><br>**APPLICATION AND ORDER ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant, Janae Anisha Nelson, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On September 8, 2026, the Court referred the matter to the U.S. Probation Office for investigation into a possible violation of the terms of probation.

An initial appearance on the anticipated petition is set in this District for January 12, 2027, and counsel is needed in advance of the initial appearance to advise Ms. Nelson and facilitate the hearing. Ms. Nelson submits the attached Financial Affidavit as evidence of her inability to retain counsel. After reviewing her Financial Affidavit, it is respectfully recommended that CJA counsel be appointed.

DATED: September 23, 2026

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel, pursuant to 18 U.S.C. § 3006A.

Dated: November 11, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE